UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, CALIFORNIA,<br><br>Defendant. | Case No. 4:20-cv-07921-KAW<br><br>ORDER OF RECUSAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court, on its own motion, recuses itself from any and all further proceedings in this matter.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: November 12, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge